MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
EMILY C. CURRAN-HUBERTY (State Bar No. 293065)
emily.curran-huberty@mto.com
SKYLAR D. BROOKS (State Bar No. 310707)
skylar.brooks@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Plaintiff
RENEE LEPAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RENEE LEPAGE, an individual, | Case No. 3:17-cv-00600-LB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTIONS *IN LIMINE*** |
| vs. | |
| COUNTY OF NAPA; COUNTY OF NAPA SHERIFF'S DEPARTMENT; AND DEPUTY TIMOTHY REID, | |
| Defendants. | |

Having reviewed the following Plaintiff's Motions *in Limine*:

- Plaintiff's Motion *in Limine* No. 1 to Exclude Dr. Thomas Mampalam's Opinions Regarding Purported Psychiatric and Psychological Diagnoses;
- Plaintiff's Motion *in Limine* No. 2 to Exclude Certain References Regarding Witness Molly Hendry;
- Plaintiff's Motion *in Limine* No. 3 to Exclude Evidence, Questioning, or Argument Regarding Plaintiff's Receipt of Collateral Source Payments;
- Plaintiff's Motion *in Limine* No. 4 to Preclude Defendants from Offering Improper "Expert" Testimony by Captain Cullen Dodd;

the Court hereby GRANTS Plaintiff's Motions *in Limine*.

IT IS SO ORDERED.

DATED: _____, 2019     _____
　　　　　　　　　　　　　　　　　　Hon. Laurel Beeler
　　　　　　　　　　　　　　　　　　United States Magistrate Judge