# EXHIBIT A

MIRIAM KIM (State Bar No. 238230)]
miriam.kim@mto.com
SKYLAR D. BROOKS (State Bar No. 310707)]
skylar.brooks@mto.com
EMILY C. CURRAN-HUBERTY (State Bar No. 293065)
emily.curran-huberty@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Plaintiff
RENEE LEPAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| RENEE LEPAGE, an individual, | Case No. 3:17-cv-00600-LB |
|---|---|
| Plaintiff, | **PLAINTIFF'S PROPOSED VERDICT FORM** |
| vs. | |
| COUNTY OF NAPA; COUNTY OF NAPA SHERIFF'S DEPARTMENT; AND DEPUTY TIMOTHY REID, | |
| Defendants. | |

**Claim of Excessive Force (42 U.S.C. § 1983 and Fourth Amendment)**

1. Did defendant Timothy Reid use excessive force against the plaintiff Renee LePage in violation of the Fourth Amendment to the U.S. Constitution?

   Yes: _____          No: _____

   Proceed to Question 2.

**Claim of Violation of Civil Rights (Cal. Civ. Code § 52.1, known as the Bane Act)**

2. Did defendant Reid interfere with or attempt to interfere with the plaintiff's enjoyment of her right to be free from unreasonable seizure in violation of the Bane Act?

   Yes: _____          No: _____

   Proceed to Question 3.

**Battery Claim**

3. Did defendant Reid commit a battery against the plaintiff?

   Yes: _____          No: _____

   Proceed to Question 4.

**Claim of Negligence**

4. Was defendant Reid negligent?

   Yes: _____          No: _____

   Proceed to Question 5.

**Damages**

5. Did you answer yes to at least one of the following questions: 1, 2, 3, or 4?

   Yes: _____          No: _____

   If your answer is No, you have reached a verdict, and you must stop here, and have the presiding juror sign and date this form. If your answer is Yes, then proceed to Question 6.

6. If you answered Yes to question 1, 2, 3, and/or 4, what amount of damages do you award to the plaintiff?

   $ _____

   Proceed to Question 7.

7. If you answered Yes to question 1 or 2, was Reid's conduct malicious, oppressive or committed in reckless disregard of the plaintiff's rights?

   Yes: _____          No: _____

If your answer is No, you have reached a verdict, and you must stop here, and have the presiding juror sign and date this form.  If your answer is Yes, then proceed to Question 8.

8. If you answered Yes to question 7, what amount of punitive damages do you award to the plaintiff?

$ _____

Please have the presiding juror sign and date the form.

Signed: _____ (Presiding Juror)

Dated: _____