# EXHIBIT B

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone:    (415) 697-2000
Facsimile:     (415) 813-2045

Attorneys for Defendants
COUNTY OF NAPA, COUNTY OF NAPA SHERIFF'S DEPARTMENT, DEPUTY TIMOTHY REID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE LEPAGE, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>COUNTY OF NAPA, COUNTY OF NAPA SHERIFF'S DEPARTMENT AND DOE DEPUTIES 1-100,<br><br>   Defendants. | Case No. 3:17-cv-00600-LB<br><br>**DEFENDANT TIM REID PROPOSED VERDICT FORM** |

Case No. 3:17-cv-00600-LB

DEFENDANTS' PROPOSED VERDICT FORM

335865.1

**Claim of Excessive Force (42 U.S.C. § 1983 and Fourth Amendment)**

1. Did defendant Timothy Reid use excessive force against the plaintiff Renee LePage in violation of the Fourth Amendment to the U.S. Constitution?

   Yes: _____    No: _____

   Proceed to Question 2.

**Claim of Violation of Civil Rights (Cal. Civ. Code § 52.1, known as the Bane Act)**

2. Did defendant Reid interfere with or attempt to interfere with the plaintiff's enjoyment of her right to be free from unreasonable seizure in violation of the Bane Act?

   Yes: _____    No: _____

   Proceed to Question 3.

**Battery Claim**

3. Did defendant Reid commit a battery against the plaintiff?

   Yes: _____    No: _____

   Proceed to Question 4.

**Claim of Negligence**

4. Was defendant Reid negligent?

   Yes: _____    No: _____

   Proceed to Question 5.

**Damages**

5. Did you answer yes to at least one of the following questions: 1, 2, 3, or 4?

   Yes: _____    No: _____

   If your answer is No, you have reached a verdict, and you must stop here, and have the presiding juror sign and date this form.  If your answer is Yes, then proceed to Question 6.

6. Did you find by a preponderance of the evidence that the actions of Deputy Reid was the substantial cause of injury to Ms. LePage?

   Yes: _____    No: _____

7. If you answered Yes to question 6 what amount of damages do you award to compensate the plaintiff?

   $ _____

   Proceed to Question 8.

8. Answer question #8 if you answered "Yes" to Question number 1, but answered zero "$0" or no damages to question number 7.  You must award Ms. LePage an amount of nominial damages not to exceed $1.00.  What amount of nominal damages do you award?

$ _____

9. If you answered Yes to question 1 or 2, was Reid's conduct malicious, oppressive or committed in reckless disregard of the plaintiff's rights?

Yes: _____        No: _____

If your answer is No, you have reached a verdict, and you must stop here, and have the presiding juror sign and date this form.  If your answer is Yes, then proceed to Question 8.

10. If you answered Yes to question 7, what amount of punitive damages do you award to the plaintiff?

$ _____

Please have the presiding juror sign and date the form.

Signed: _____ (Presiding Juror)

Dated: _____