# EXHIBIT H

MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
EMILY C. CURRAN-HUBERTY (State Bar No. 293065)
emily.curran-huberty@mto.com
SKYLAR D. BROOKS (State Bar No. 310707)
skylar.brooks@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Plaintiff
RENEE LEPAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RENEE LEPAGE, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF NAPA; COUNTY OF NAPA SHERIFF'S DEPARTMENT; AND DEPUTY TIMOTHY REID,<br><br>          Defendants. | Case No. 3:17-cv-00600-LB<br><br>**PLAINTIFF'S PROPOSED JURY QUESTIONNAIRE OR, IN THE ALTERNATIVE, VOIR DIRE QUESTIONS** |

Pursuant to the Case Management and Pretrial Order (Jury), Dkt. No. 31, Plaintiff Renee LePage proposes the attached jury questionnaire, which is similar to the Court's standard jury questionnaire. The proposed questionnaire omits only three questions that appear in the Court's standard questionnaire and adds three additional questions that do not appear in the Court's standard questionnaire. *See* Questionnaire Nos. 12-14. To the extent the Court decides not to include one or more of Ms. LePage's proposed questions in a jury questionnaire, Ms. LePage respectfully requests that the questions be asked during voir dire but still distributed to the jurors in writing to facilitate an efficient voir dire.

DATED: September 6, 2019                    MUNGER, TOLLES & OLSON LLP

By: _____*/s/ Miriam Kim*_____
MIRIAM KIM
Attorneys for Plaintiff
RENEE LEPAGE

**CONFIDENTIAL**

**JUROR QUESTIONNAIRE**

Please fill out this form as completely as possible and print clearly.  Do not write on the back of any page.  Instead, if you need more room, use the space at the end.  Thank you.

1. Your name:_____

2. City in which you reside:_____

3. Your place of birth:_____

4. Are you married or do you have a domestic partner? ____Yes ____ No

5. Please list the occupation of your spouse or domestic partner.
   _____

6. If you have children, please list their ages and sex and, if they are employed, please give their occupations.
   _____
   _____

7. What is your occupation and how long have you worked in it? (If you are retired, please describe your main occupation when you were working).
   _____
   _____

8. Who is (or was) your employer?
   _____

9. How long have you worked for this employer?
   _____

10. Please describe your education background:
    Highest grade completed:_____
    College and/or vocational schools you have attended:
    _____
    _____
    Major areas of study:_____

11. Have you ever had jury experience? _____ Number of times? _____
    If yes: State/County Court _____ Federal Court _____
    When? _____ Was it a civil or criminal case? _____
    Did any of the juries reach a verdict? _____Yes _____No

12. Have you, any relatives, close friends, or neighbors had any education, training, or work or volunteer experience in law enforcement? ("Law enforcement" includes any police or sheriff's department, state police, highway patrol, jail or prison, military police, FBI, DEA, CIA, U.S. Marshal, prosecutor's office, or any other law enforcement agency.)
_____Yes _____No
If you answered YES, please explain._____
_____

13. Do you know anyone who has ever been employed by the County of Napa, including the Napa County Sheriff's Office? _____Yes _____No
If you answered YES, please explain._____
_____

14. Have you ever had any experience with, or do you have any connection with, any of the individuals or entities named below? (Check all that apply and please provide details after the name of the individual or entity.)

**Parties**                                                **Please Explain Connection**

\_\_\_\_ Renee LePage

\_\_\_\_ Timothy Conrad Reid

\_\_\_\_ County of Napa

\_\_\_\_ Napa County Sheriff's Department

**Law Firms**                                              **Please Explain Connection**

\_\_\_\_ Munger, Tolles, & Olson LLP

\_\_\_\_ Allen, Glaessner, Hazelwood & Werth LLP

| | **Lawyers** | **Please Explain Connection** |
|---|---|---|
| | ____ Dale Allen | |
| | ____ Skylar Brooks | |
| | ____ Emily Curran-Huberty | |
| | ____ Phillip Downs | |
| | ____ Miriam Kim | |

| | **Potential Witnesses** | **Please Explain Connection** |
|---|---|---|
| | ____ James Chen | |
| | ____ Cullen Dodd | |
| | ____ Molly Hendry | |
| | ____ Michael Jarecki | |
| | ____ Eric Madsen | |
| | ____ Thomas Mampalam | |
| | ____ Jeff Matlock | |
| | ____ Nicole Noonan-Miller | |
| | ____ Geoffrey Rochester | |