# EXHIBIT J

```
DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendants
COUNTY OF NAPA, COUNTY OF NAPA SHERIFF'S
DEPARTMENT, DEPUTY TIMOTHY REID
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE LEPAGE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF NAPA; COUNTY OF NAPA SHERIFF'S DEPARTMENT; AND DEPUTY TIMOTHY REID,<br><br>Defendants. | Case No.: 3:17-cv-00600-LB<br><br>Magistrate Judge Laurel Beeler<br><br>**PROPOSED VOIR DIRE QUESTIONS BY DEFENDANTS**<br><br>Trial:    October 15, 2019 |

1. Have you, a relative or a close friend been arrested by the police? If so, did you believe the police acted inappropriately? If so in what way?

2. Have you ever made a complaint against the police for actions you observed? Please explain?

3. Have you or anyone you know filed a lawsuit against a police officer?

4. Have you been the subject of, or observed or learned of a relative or close friend, who has been the subject of verbal abuse by the police? Please explain?

5. Have you, a relative or a close friend been the subject of use of force by the police? Please explain.

6. Have you observed the use of force by the police on someone else? Please explain.

7. Does anyone believe the police have too much latitude to use force? If so, please explain.

8. Does anyone believe police officers lie to justify the use of force? If so, please explain.

Dated: September 5, 2019

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: *Dale L. Allen, Jr.*
DALE L. ALLEN, JR.
PHILIP J. DOWNS, JR.
Attorneys for Defendants
COUNTY OF NAPA, COUNTY OF NAPA SHERIFF'S DEPARTMENT, DEPUTY TIMOTHY REID

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

335462.1

2

3:17-CV-00600-LB
PROPOSED VOIR DIRE BY DEFENDANT