UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE LEPAGE<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF NAPA, et al ,<br><br>　　　　Defendants. | Case No.17-cv-00600-LB<br><br>**ORDER FOR JURY REFRESHMENTS** |

　　IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the 8 members of the jury in the above-entitled matter beginning **October 16, 2019 at 7:30 AM**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom B, 15th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

　　IT IS SO ORDERED.


Dated: September 26, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge