**CONFIDENTIAL**

**JUROR QUESTIONNAIRE**

Please fill out this form as completely as possible and print clearly. Do not write on the back of any page. Instead, if you need more room, use the space at the end. Thank you.

1. Your name: _____
2. City in which you reside: _____
3. Your place of birth: _____
4. Are you married or do you have a domestic partner? _____ Yes _____ No
5. Please list the occupation of your spouse or domestic partner.

    _____

6. If you have children, please list their ages and sex and, if they are employed, please give their occupations.

    _____

    _____

    _____

7. What is your occupation and how long have you worked in it? (If you are retired, please describe your main occupation when you were working.)

    _____

    _____

8. Who is (or was) your employer?

    _____

9. How long have you worked for this employer? _____
10. Please describe your education background:

    Highest grade completed: _____

    College and/or vocational schools you have attended:

    _____

    _____

    Major areas of study: _____

11. Have you ever had jury experience? _____ Number of times? _____

   If yes: State/County Court _____ Federal Court _____

   When? _____ Was it a civil or criminal case? _____

   Did any of the juries reach a verdict? _____ Yes _____ No

12. Have you, any relatives, close friends, or neighbors had any education, training, or work or volunteer experience in law enforcement? ("Law enforcement" includes any police or sheriff's department, state police, highway patrol, jail or prison, military police, FBI, DEA, CIA, U.S. Marshal, prosecutor's office, or any other law enforcement agency.)

   _____ Yes _____ No

   If you answered YES, please explain. _____

   _____

13. Do you know anyone who has ever been employed by the County of Napa, including the Napa County Sheriff's Office? _____ Yes _____ No

   If you answered YES, please explain. _____

   _____

14. Have you ever had any experience with, or do you have any connection with, any of the individuals or entities named below? (Check all that apply and please provide details after the name of the individual or entity.)

   **Parties**                                                **Please Explain Connection**

   _____ Renee LePage

   _____ Timothy Conrad Reid

   _____ County of Napa

   _____ Napa County Sheriff's Department

   **Law Firms**                                              **Please Explain Connection**

   _____ Munger, Tolles, & Olson LLP

   _____ Allen, Glaessner, Hazelwood & Werth LLP