*LePage v. County of Napa*, Case No. 3:17-cv-00600-LB

**QUESTION FOR WITNESS**

 You are allowed to propose written questions to a witness after the lawyers complete their questioning of the witness. You may do so to clarify the testimony, but you are not to express any opinion about the testimony or argue with a witness. If you propose any questions, remember that your role is that of a neutral fact finder, not an advocate.

 This form will allow you to write out your question. Do not sign the question. The judge will review the question with the attorneys to determine if it is legally proper. There are questions that the judge may not permit or cannot ask in the words that you submit. This might happen because of the rules of evidence or other legal reasons or because the question is expected to be answered later in the case. If the judge does not ask a proposed question or rephrases it, do not speculate as to the reasons. Do not give undue weight to questions you or other jurors propose. You should evaluate the answers to those questions in the same manner you evaluate all of the other evidence.

 By giving you the opportunity to propose questions, the judge is not requesting or suggesting that you do so. It will often be the case that a lawyer has not asked a question because it is legally objectionable or because a later witness may be addressing that subject.

Question for witness    _____
           (print witness name)

Question (please write your question in the space below):