MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
EMILY C. CURRAN-HUBERTY (State Bar No. 293065)
emily.curran-huberty@mto.com
SKYLAR D. BROOKS (State Bar No. 310707)
skylar.brooks@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Plaintiff
RENEE LEPAGE

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:    (415) 697-2000
Facsimile:     (415) 813-2045

Attorneys for Defendants
COUNTY OF NAPA, COUNTY OF NAPA SHERIFF'S
DEPARTMENT, DEPUTY TIMOTHY REID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RENEE LEPAGE, an individual, | Case No. 3:17-cv-00600-LB |
| Plaintiff, | **PLAINTIFF'S AND DEFENDANTS' STIPULATIONS OF FACT** |
| vs. | |
| COUNTY OF NAPA; COUNTY OF NAPA SHERIFF'S DEPARTMENT; AND DEPUTY TIMOTHY REID, | |
| Defendants. | |

**PLAINTIFF'S AND DEFENDANTS' STIPULATIONS OF FACT**

Plaintiff Renee LePage and Defendants County of Napa, County of Napa Sheriff's Department, and Deputy Timothy Reid, by and through their attorneys, stipulate as follows:

1. County of Napa is and, at all relevant times was, a public entity, duly organized and existing under and by virtue of the laws of the State of California.

2. Defendant County of Napa Sheriff's Department is a subdivision of Defendant County of Napa, which employs, manages, and supervises deputy sheriffs, who are law enforcement officers.

3. Deputy Reid has been employed as a deputy sheriff with the County of Napa and the Napa County Sheriff's Department since August 31, 2015.

4. Deputy Reid was acting under color of state law at all times relevant to this action.

5. Deputy Reid was acting within the course and scope of his employment at all times relevant to this action.

6. On the morning of December 1, 2015, Ms. LePage was lawfully and peacefully in Department E of the Napa County Superior Courthouse located at 1111 Third Street, Napa, California ("Courthouse") for an unrelated case.

7. As Ms. LePage was exiting Courtroom E, she encountered Deputy Reid in the vestibule area between the courtroom and the public hallway.

8. The entrance to Courtroom E from the public hallway consists of one set of double doors that lead to a vestibule, followed by another set of double doors that lead to the courtroom.

9. There is an attorney conference room off of each side of the vestibule. Each conference room is accessed through a solid door.

10. At the time Deputy Reid encountered Ms. LePage, he was wearing his Department-issued bulletproof vest.

| | | |
|---|---|---|
| 1 | DATED: October 10, 2019 | For Plaintiff |
| 2 | | MUNGER, TOLLES & OLSON LLP |
| 3 | |    MIRIAM KIM |
| | |    EMILY C. CURRAN-HUBERTY |
| 4 | |    SKYLAR D. BROOKS |

 

                                     By:      */s/ Emily Curran-Huberty*

                                     Attorneys for Plaintiff RENEE LEPAGE

DATED: October 10, 2019          For Defendants

                                     ALLEN, GLAESSNER,
                                     HAZELWOOD & WERTH, LLP
                                         DALE L. ALLEN, JR.
                                         PHILIP J. DOWNS, JR.

                                   By:      */s/ Dale L. Allen, Jr.*

                                     Attorneys for Defendants COUNTY OF NAPA,
                                   COUNTY OF NAPA SHERIFF'S DEPARTMENT,
                                   DEPUTY TIMOTHY REID

**ATTESTATION**

Under Local Civil Rule 5-1(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 10, 2019                       */s/ Emily Curran-Huberty*