MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
EMILY C. CURRAN-HUBERTY (State Bar No. 293065)
emily.curran-huberty@mto.com
SKYLAR D. BROOKS (State Bar No. 310707)
skylar.brooks@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Plaintiff
RENEE LEPAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RENEE LEPAGE, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF NAPA; COUNTY OF NAPA SHERIFF'S DEPARTMENT; AND DEPUTY TIMOTHY REID,<br><br>　　　　Defendants. | Case No. 3:17-cv-00600-LB<br><br>**JOINT TRIAL EXHIBIT LIST**<br><br>Judge:　Hon. Laurel Beeler<br>Crtrm.:　B – 15th Floor<br><br>Trial Date.:　　October 15, 2019 |

**LePage v. County of Napa, Reid, et al.**
USDC Northern District of California, San Francisco Division, Case No. 17-cv-00600-LB

JOINT TRIAL EXHIBIT LIST
10/14/2019

| TRIAL EXHIBIT NO. | BEGBATES | ENDBATES | DATE | DESCRIPTION | STIPULATION | OFFERED INTO EVIDENCE | ADMITTED INTO EVIDENCE | SPONSORING WITNESS | LIMITS ON USE | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | CON (LePage) (Supp) 000014 | CON (LePage) (Supp) 000145 | 0/0/2012 | Napa County Sheriff's Department, Procedures Manual, Napa County Sheriff's Office, Court Security Division | 901; | | | | | |
| 002 | CON (LePage) (Supp) 000147 | CON (LePage) (Supp) 000164 | 12/1/2015 | Napa County Sheriff's Department Case Summary Report, Case Number NSD15-005270 & Attachments | 901; | | | | | 802 (Hearsay); 805 (Hearsay within Hearsay) |
| 003 | n/a | n/a | 12/7/2015 | Napa County Sheriff's Department Case Summary Report, Case Number NSD15-005372 & attached Supplement Notes & Handwritten Note | 901; | | | | | 802 (Hearsay); 805 (Hearsay within Hearsay); NR (Needs Redaction) |
| 004 | CON (LePage) (Pltf Amended RFP, Set One) 000001 | CON (LePage) (Pltf Amended RFP, Set One) 000013 | 5/24/2016 | Claim Against the County of Napa, No. 16-955 & Attachments | 901; | | | | | 802 (Hearsay); 805 (Hearsay within Hearsay); NR (Needs Redaction)  **OVERRULED [09/26/2019 - 802; 805; NR]** |
| 005 | CON (LePage) (Supp) 000175 | CON (LePage) (Supp) 000182 | 9/22/2017 | Policy 300, Use of Force, Napa County Sheriff's Office, Napa County SO Policy Manual | 901; | | | | | |
| 006 | CON (LePage) (Supp) 000183 | CON (LePage) (Supp) 000185 | 9/22/2017 | Policy 100, Law Enforcement Authority, Napa County Sheriff's Office, Napa County SO Policy Manual | 901; | | | | | |
| 007 | CON (LePage) (Supp) 000190 | CON (LePage) (Supp) 000199 | 11/14/2017 | Commission on Peace Officer Standards and Training Report: Timothy Conrad Reid & Certificate | 901; | | | | | 802 (Hearsay); 805 (Hearsay within Hearsay)  **OVERRULED [09/26/2019 - 802; 805]** |
| 008 | CON (LePage) (Supp) 000190 | CON (LePage) (Supp) 000193 | 11/14/2017 | Excerpt, Commission on Peace Officer Standards and Training Report: Timothy Conrad Reid | 901; | | | | | 802 (Hearsay); 805 (Hearsay within Hearsay)  **OVERRULED [09/26/2019 - 802; 805]** |

## JOINT TRIAL EXHIBIT LIST
## 10/14/2019

| TRIAL EXHIBIT NO. | BEGBATES | ENDBATES | DATE | DESCRIPTION | STIPULATION | OFFERED INTO EVIDENCE | ADMITTED INTO EVIDENCE | SPONSORING WITNESS | LIMITS ON USE | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| 009 | n/a | n/a | 2/13/2018 | Policy 324, Standards of Conduct, Napa County Sheriff's Office, Napa County SO Policy Manual | 901; | | | | | |
| 010 | n/a | n/a | 2/13/2018 | Policy 300, Use of Force, Napa County Sheriff's Office, Napa County SO Policy Manual | 901; | | | | | |
| 011 | n/a | n/a | 6/12/2018 | Notice of Taking Deposition of 30(b)(6) Witness (County of Napa and County of Napa Sheriff's Department) | 901; | | | | | |
| 012 | | | | EXHIBIT WITHDRAWN | | | | | | |
| 013 | LePage_0000718 | LePage_0000718 | 0/0/2015 | Photograph of Plaintiff Renee LePage | 901; | | | | | |
| 014 | LePage_0000208 | LePage_0000209 | | Arizona State University Unofficial Transcript, Renee Marie LePage | 901; 803(6) | | | | | |
| 015 | LePage_0000702 | LePage_0000703 | 8/11/2016 | Arizona State University - Medical Withdrawal Request Approval for Spring 2016 | 901; 803(6) | | | | | |
| 016 | LePage_0000704 | LePage_0000704 | 8/25/2017 | Arizona State University - Medical Withdrawal Request Approval for Spring 2017 | 901; 803(6) | | | | | |
| 017 | LePage_0000701 | LePage_0000701 | 2/2/2018 | Arizona State University - Request for Documented Medical/Compassionate Withdrawal | 901; 803(6) | | | | | |
| 018 | LePage_0000705 | LePage_0000705 | 3/29/2018 | Arizona State University - Medical Withdrawal Request Approval for Fall 2017 | 901; 803(6) | | | | | |
| 019 | LePage_0000714 | LePage_0000715 | 5/22/2019 | Arizona State University - Medical Withdrawal Request Approval for Spring 2019 | 901; | | | | | |
| 020 | n/a | n/a | 7/16/2018 | Errata: Expert Report of Eric A. Madsen | 901; | | | | | |
| 021 | n/a | n/a | 7/16/2018 | Exhibit 1 to Expert Report of Eric A. Madsen - Estimate of Ms. LePage's Annual Wages After Graduation | 901; | | | | | |
| 022 | n/a | n/a | 7/16/2018 | Exhibit 2 to Expert Report of Eric A. Madsen - Estimate of Ms. LePage's Employment Benefits as a Percentage of Wages | 901; | | | | | |
| 023 | n/a | n/a | 7/16/2018 | Exhibit 3 to Expert Report of Eric A. Madsen - Employment Rates (White Women by Age, US) | 901; | | | | | |

Case 3:17-cv-00600-LB   Document 146   Filed 10/14/19   Page 4 of 9

*LePage v. County of Napa, Reid, et al.*
USDC Northern District of California, San Francisco Division, Case No. 17-cv-00600-LB

JOINT TRIAL EXHIBIT LIST
10/14/2019

| TRIAL EXHIBIT NO. | BEGBATES | ENDBATES | DATE | DESCRIPTION | STIPULATION | OFFERED INTO EVIDENCE | ADMITTED INTO EVIDENCE | SPONSORING WITNESS | LIMITS ON USE | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| 024 | n/a | n/a | 7/16/2018 | Exhibit 4 to Expert Report of Eric A. Madsen - Historical Wage Growth vs. Historical Inflation | 901; | | | | | |
| 025 | n/a | n/a | 7/16/2018 | Exhibit 5 to Expert Report of Eric A. Madsen - Discount Rate Based on Income-Oriented Portfolio | 901; | | | | | |
| 026 | n/a | n/a | 7/16/2018 | Exhibit 6 to Expert Report of Eric A. Madsen - Present Value of Ms. LePage's Lost Wages and Benefits as of December 31, 2018 | 901; | | | | | |
| 027 | n/a | n/a | 7/16/2018 | Exhibit 7 to Expert Report of Eric A. Madsen - Present Value of Ms. LePage's Cost to Hire A Personal Care Aide as of December 31, 2018 | 901; | | | | | |
| 028 | n/a | n/a | 7/16/2018 | Exhibit 8 to Expert Report of Eric A. Madsen - Medical Costs Resulting from Ms. LePage's Injuries | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 029 | n/a | n/a | 7/16/2018 | Exhibit 9 to Expert Report of Eric Madsen - Historical Inflation of Medical Care Costs to Consumers | 901; | | | | | |
| 030 | n/a | n/a | 7/16/2018 | Exhibit 10 to Expert Report of Eric A. Madsen - Present Value of Ms. LePage's Future Medical Costs | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 031 | OLE Health Napa 000001 | OLE Health Napa 000002 | 6/27/2017 | OLE Health Clinic Affidavit | 901; | | | | | |
| 032 | OLE Health Napa 000166 | OLE Health Napa 000171 | 4/25/2016 | OLE Health Account Statement (through 4/25/2016) | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 033 | Fairfield 000001 | Fairfield 000002 | 4/27/2018 | Fairfield Post Acute Rehab Affidavit | 901; | | | | | |
| 034 | Fairfield 000113 | Fairfield 000113 | 4/24/2018 | Fairfield Post Acute Rehab Billing Statement | 901; | | | | | MIL (Subject of a pending motion in limine); NR (Needs Redaction) |
| 035 | UCSF MCB 000001 | UCSF MCB 000002 | 6/27/2017 | UCSF Medical Center Affidavit | 901; | | | | | |
| 036 | UCSF MCB 000003 | UCSF MCB 000003 | 6/20/2017 | UCSF Medical Center Detail Bill (October 18, 2016) | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 037 | UCSF MGBS 000001 | UCSF MGBS 000002 | 6/27/2017 | UCSF Medical Center Affidavit - Regarding MGBS documents | 901; | | | | | |
| 038 | UCSF MGBS 000006 | UCSF MGBS 000006 | 6/20/2017 | UCSF Medical Center Detail Bill (May 9, 2016) | 901; | | | | | MIL (Subject of a pending motion in limine) |

Case 3:17-cv-00600-LB   Document 146   Filed 10/14/19   Page 5 of 9

*LePage v. County of Napa, Reid, et al.*
USDC Northern District of California, San Francisco Division, Case No. 17-cv-00600-LB

JOINT TRIAL EXHIBIT LIST
10/14/2019

| TRIAL EXHIBIT NO. | BEGBATES | ENDBATES | DATE | DESCRIPTION | STIPULATION | OFFERED INTO EVIDENCE | ADMITTED INTO EVIDENCE | SPONSORING WITNESS | LIMITS ON USE | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| 039 | UCSF MGBS 000007 | UCSF MGBS 000007 | 6/20/2017 | UCSF Medical Center Detail Bill (October 18, 2016) | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 040 | UCSF MGBS 000008 | UCSF MGBS 000008 | 6/20/2017 | UCSF Medical Center Detail Bill (October 18, 2016 radiographs) | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 041 | UCSF MGBS 000009 | UCSF MGBS 000009 | 6/20/2017 | UCSF Medical Center Detail Bill (February 8, 2017) | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 042 | QOV 000001 | QOV 000002 | 4/27/2016 | Queen of the Valley Hospital Affidavit - Patient Accounts | 901; | | | | | |
| 043 | QOV 000026 | QOV 000026 | 12/5/2015 | Queen of the Valley Hospital Invoice regarding 12/1/15 services | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 044 | QOV 000025 | QOV 000025 | 1/15/2016 | Queen of the Valley Hospital Invoice regarding 1/12/16 services | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 045 | QOV 000024 | QOV 000024 | 1/23/2016 | Queen of the Valley Hospital Invoice regarding 1/20/16 services | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 046 | QOV 000003 | QOV 000003 | 3/23/2016 | Queen of the Valley Hospital Invoice regarding 3/18/16 services | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 047 | QOV 000023 | QOV 000023 | 3/23/2016 | Queen of the Valley Hospital Invoice regarding 3/18/2016 services | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 048 | QOV 000005 | QOV 000005 | 6/8/2016 | Queen of the Valley Hospital Invoice regarding 5/10/16 occupational therapy services | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 049 | QOV 000022 | QOV 000022 | 6/8/2016 | Queen of the Valley Hospital Invoice regarding 5/10/16 services | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 050 | QOV 000019 | QOV 000019 | 10/6/2016 | Queen of the Valley Hospital Invoice regarding 9/16/16, 9/19/16 & 9/27/16 services | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 051 | QOV 000007 | QOV 000007 | 10/7/2016 | Queen of the Valley Hospital Invoice regarding 9/16/16, 9/19/16 & 9/27/16 physical therapy services | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 052 | QOV 000018 | QOV 000018 | 11/6/2016 | Queen of the Valley Hospital Invoice regarding 10/19/16 & 10/26/16 services | 901; | | | | | MIL (Subject of a pending motion in limine) |

JOINT TRIAL EXHIBIT LIST
10/14/2019

| TRIAL EXHIBIT NO. | BEGBATES | ENDBATES | DATE | DESCRIPTION | STIPULATION | OFFERED INTO EVIDENCE | ADMITTED INTO EVIDENCE | SPONSORING WITNESS | LIMITS ON USE | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| 053 | QOV 000008 | QOV 000008 | 11/7/2016 | Queen of the Valley Hospital Invoice regarding 10/19/16 & 10/26/16 physical services | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 054 | QOV 000009 | QOV 000009 | 11/11/2016 | Queen of the Valley Hospital Invoice regarding 11/4/2016 CT Scan | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 055 | QOV 000017 | QOV 000017 | 11/11/2016 | Queen of the Valley Hospital Invoice regarding 11/4/16 CT Scan | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 056 | QOV 000016 | QOV 000016 | 12/6/2016 | Queen of the Valley Hospital Invoice regarding 11/16/16 services | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 057 | QOV 000010 | QOV 000010 | 12/7/2016 | Queen of the Valley Hospital Invoice regarding 11/16/16 physical therapy services | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 058 | QOV 000012 | QOV 000012 | 7/6/2017 | Queen of the Valley Hospital Billing Statement regarding 7/6/17 X-ray | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 059 | QOV 000011 | QOV 000011 | 8/18/2017 | Queen of the Valley Hospital Billing Statement regarding 8/14/17 CT Scan and services | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 060 | QOV 000013 | QOV 000013 | 4/6/2018 | Queen of the Valley Hospital Invoice regarding 3/8/18 & 3/22/18 services | 901; | | | | | MIL (Subject of a pending motion in limine) |
| 061 | LePage_0000024 | LePage_0000024 | 11/16/2015 | Dr. Soren Andreas Singel's Progress Notes, UCSF Medical Center | 901; 803(6) | | | | | |
| 062 | LePage_0000027 | LePage_0000027 | 5/9/2016 | Dr. Soren Andreas Singel's Progress Notes, UCSF Medical Center | 901; 803(6) | | | | | MIL (Subject of a pending motion in limine) |
| 063 | LePage_0000096 | LePage_0000096 | 10/18/2016 | X-rays of Lumbar Spine Report, UCSF Medical Center | 901; 803(6) | | | | | |
| 064 | LePage_0000097 | LePage_0000097 | 10/18/2016 | X-rays of Scoliosis Report, UCSF Medical Center | 901; 803(6) | | | | | |
| 065 | LePage_0000088 | LePage_0000088 | 10/18/2016 | X-rays of Cervical Spine Report, UCSF Medical Center | 901; 803(6) | | | | | |
| 066 | LePage_0000090 | LePage_0000091 | 10/18/2016 | Medical Progress Notes from Dr. Aaron John Clark, UCSF Medical Center | 901; 803(6) | | | | | |
| 067 | LePage_0000184 | LePage_0000185 | 10/18/2016 | MRI Images of Cervical Spine, UCSF Medical Center | 901; 803(6) | | | | | |
| 068 | LePage_0000186 | LePage_0000187 | 10/18/2016 | MRI Images of Lumbar Spine, UCSF Medical Center | 901; 803(6) | | | | | |

JOINT TRIAL EXHIBIT LIST
10/14/2019

| TRIAL EXHIBIT NO. | BEGBATES | ENDBATES | DATE | DESCRIPTION | STIPULATION | OFFERED INTO EVIDENCE | ADMITTED INTO EVIDENCE | SPONSORING WITNESS | LIMITS ON USE | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| 069 | LePage_0000188 | LePage_0000195 | 10/18/2016 | MRI Images of Scoliosis, UCSF Medical Center | 901; 803(6) | | | | | |
| 070 | LePage_0000216 | LePage_0000216 | 12/22/2017 | Surgical Records from Dr. Aaron John Clark, UCSF Medical Center | 901; 803(6) | | | | | |
| 071 | LePage_0000223 | LePage_0000224 | 12/21/2017 | Surgical Records from Dr. Aaron John Clark, UCSF Medical Center | 901; 803(6) | | | | | |
| 072 | LePage_0000259 | LePage_0000259 | 12/22/2017 | X-rays of Scoliosis Report, UCSF Medical Center | 901; 803(6) | | | | | |
| 073 | LePage_0000461 | LePage_0000468 | 12/22/2017 | MRI Images of Scoliosis, UCSF Medical Center | 901; 803(6) | | | | | |
| 074 | LePage_0000100 | LePage_0000102 | 2/8/2017 | Medical Progress Notes from Dr. Scott Collins Berta, UCSF Medical Center | 901; 803(6) | | | | | |
| 075 | LePage_0000030 | LePage_0000035 | 1/20/2016 | Emergency Department Report, Queen of the Valley Medical Center | 901; 803(6) | | | | | |
| 076 | LePage_0000041 | LePage_0000042 | 3/18/2016 | MRI Imaging Services Report of Cervical Spine, Queen of the Valley Medical Center | 901; 803(6) | | | | | |
| 077 | LePage_0000151 | LePage_0000183 | 3/18/2016 | MRI Images of Lumbar Spine, Queen of the Valley Medical Center | 901; 803(6) | | | | | |
| 078 | LePage_0000098 | LePage_0000099 | 11/4/2016 | CT Imaging Services Report of Cervical Spine, Queen of the Valley Medical Center | 901; 803(6) | | | | | |
| 079 | LePage_0000210 | LePage_0000212 | 12/20/2017 | Medical Progress Notes from Dr. Colleen M. Townsend, OLE Health | 901; 803(6) | | | | | |
| 080 | n/a | n/a | 9/11/2019 | Affidavit of Custodian of Records of UCSF Medical Center, Radiology Department | | | | | | |
| 081 | n/a | n/a | | Affidavit of Custodian of Records of Queen of the Valley Medical Center | | | | | | |
| 082 | n/a | n/a | 9/10/2019 | Affidavit of Custodian of Records of OLE Health | | | | | | |
| 083 | n/a | n/a | | Affidavit of Custodian of Records of UCSF Medical Center | | | | | | |
| 084 | LePage_0000719 | LePage_0000719 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |
| 085 | LePage_0000720 | LePage_0000720 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |

*LePage v. County of Napa, Reid, et al.*
USDC Northern District of California, San Francisco Division, Case No. 17-cv-00600-LB

**JOINT TRIAL EXHIBIT LIST**
**10/14/2019**

| TRIAL EXHIBIT NO. | BEGBATES | ENDBATES | DATE | DESCRIPTION | STIPULATION | OFFERED INTO EVIDENCE | ADMITTED INTO EVIDENCE | SPONSORING WITNESS | LIMITS ON USE | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| 086 | LePage_0000721 | LePage_0000721 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |
| 087 | LePage_0000722 | LePage_0000722 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |
| 088 | LePage_0000723 | LePage_0000723 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |
| 089 | LePage_0000724 | LePage_0000724 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |
| 090 | LePage_0000725 | LePage_0000725 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |
| 091 | LePage_0000726 | LePage_0000726 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |
| 092 | LePage_0000727 | LePage_0000727 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |
| 093 | LePage_0000728 | LePage_0000728 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |
| 094 | LePage_0000729 | LePage_0000729 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |

*LePage v. County of Napa, Reid, et al.*

USDC Northern District of California, San Francisco Division, Case No. 17-cv-00600-LB

**JOINT TRIAL EXHIBIT LIST**
**10/14/2019**

| TRIAL EXHIBIT NO. | BEGBATES | ENDBATES | DATE | DESCRIPTION | STIPULATION | OFFERED INTO EVIDENCE | ADMITTED INTO EVIDENCE | SPONSORING WITNESS | LIMITS ON USE | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| 095 | LePage_0000730 | LePage_0000730 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |
| 096 | LePage_0000731 | LePage_0000731 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |
| 097 | LePage_0000732 | LePage_0000732 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |
| 098 | LePage_0000733 | LePage_0000733 | | Superior Court of California, County of Napa Courthouse Photo of Location of December 1, 2015 Incident | 901; | | | | | |
| 201 | n/a | n/a | 6/12/2018 | IME Report of Thomas Mampalam, M.D. and exhibits | 901; | | | | | |