UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| RENEE MARIE LEPAGE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF NAPA, et al.,<br><br>    Defendants. | Case No. 17-cv-00600-LB<br><br>**VERDICT FORM** |

**Claim of Excessive Force (42 U.S.C. § 1983 and Fourth Amendment; California Battery)**

1. Did defendant Timothy Reid use excessive force against plaintiff Renee LePage in violation of the Fourth Amendment to the U.S. Constitution and California law (battery)?

    Yes: _____    No: _____

    Proceed to question 2.

**Claim of Violation of Civil Rights (Cal. Civ. Code § 52.1, known as the Bane Act)**

2. Did defendant Reid interfere with or attempt to interfere with the plaintiff's enjoyment of her right to be free from unreasonable seizure in violation of the Bane Act?

    Yes: _____    No: _____

    Proceed to question 3.

VERDICT FORM – No. 17-cv-00600-LB

**Claim of Negligence**

3. Was defendant Reid negligent?

    Yes: _____     No: _____

    Proceed to question 4.

**Damages**

4. Did you answer yes to at least one of the following questions: 1, 2, or 3?

    Yes: _____     No: _____

    If your answer is no, you have reached a verdict, and you must stop here, and have the presiding juror sign and date this form. If your answer is yes, then proceed to Question 5.

5. If you answered yes to question 1, 2, or 3, what amount of damages do you award to the plaintiff?

    $ _____

    Proceed to question 6.

6. What amount of the damages in question 5, if any, is attributable to the amount billed for or accepted for payment of medical services?

    $ _____

    Proceed to question 7.

7. If you answered yes to question 1, was defendant Reid's conduct malicious, oppressive, or committed in reckless disregard of the plaintiff's rights?

    Yes: _____     No: _____

    If your answer is no, you have reached a verdict, and you must stop here, and have the presiding juror sign and date this form. If your answer is yes, then proceed to Question 8.

8. If you answered yes to question 7, what amount of punitive damages do you award to the plaintiff?

    $ _____

Signed:_____ (Presiding Juror)

Dated:_____