UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| RENEE MARIE LEPAGE,<br><br>   Plaintiff,<br><br>  v.<br><br>COUNTY OF NAPA, et al.,<br><br>   Defendants. | Case No. 17-cv-00600-LB<br><br>**JUDGMENT** |

On October 17, 2019, the jury returned a verdict in favor of the defendants. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of defendants County of Napa, County of Napa Sheriff's Department, and Timothy Reid and against plaintiff Renee Marie LePage. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 17, 2019

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 17-cv-00600-LB